**SEDGWICK LLP**
RALPH A. CAMPILLO (State Bar No. 70376)
ralph.campillo@sedgwicklaw.com
ARAMEH ZARGHAM O'BOYLE (State Bar No. 239495)
arameh.oboyle@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:	213.426.6900
Facsimile:	213.426.6921

**SEDGWICK LLP**
WAYNE A. WOLFF (State Bar No. 161351)
wayne.wolff@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2806
Telephone:	(415) 781-7900
Facsimile:	(415) 781-2635

Attorneys for Defendant
Howmedica Osteonics Corp
(sued as Howmedica Osteonics Corp.
d/b/a Stryker Orthopaedics)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SADOWSKI,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>HOWMEDICA OSTEONICS CORP. d/b/a STRYKER ORTHOPAEDICS,<br><br>                    Defendant(s). | Case No.  3:13-cv-1549-JCS<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to Local Rule 6-1(a), Plaintiff John Sadowski ("Plaintiff") and Defendant Howmedica Osteonics Corp (sued as Howmedica Osteonics Corp. d/b/a Stryker Orthopaedics), by and through their undersigned counsel, hereby stipulate to a thirty (30) day extension of time for Defendant to respond to Plaintiff's Complaint.  Accordingly, Defendant shall have until, and including, May 31, 2013, to respond to Plaintiff's Complaint.

**So Stipulated.**

**1**

DATED:  April 30, 2013				SEDGWICK LLP


						By:  /s/ Arameh Zargham O'Boyle
							Arameh Zargham O'Boyle
							Ralph A. Campillo
							Wayne A. Wolff
							Attorneys for Defendant
							Howmedica Osteonics Corp (sued as Howmedica Osteonics Corp. d/b/a Stryker Orthopaedics)


DATED:  April 30, 2013				LEVIN SIMES LLP


						By:  /s/ Rachel Abrams
							Rachel Abrams
							William A. Levin
							Lauren L. Simes
							Attorneys for Plaintiff John Sadowksi

Dated: 5/2/13

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**2**
**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**
LA/2227914v1

# PROOF OF SERVICE
*John Sadowski v. Howmedica Osteonics Corp., et al.*
USDC-NDCA; Case No. 3:13-cv-1549-JCS

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick LLP, 801 South Figueroa Street, 19th Floor, Los Angeles, CA 90017-5556. On April 30, 2013, I served the within document(s):

**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

☐   FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☐   MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

X   ELECTRONIC – by electronically transmitting the document(s) listed above to the electronic notification address(es) of the addressee(s) listed below.

☐   OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via [delivery method] .

| | |
|---|---|
| William A. Levin, Esq.<br>Laurel L. Simes, Esq.<br>Rachel Abrams, Esq.<br>LEVINE SIMES LLP<br>353 Sacramento Street, 20th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 426-3000<br>Fascimile:  (415) 426-3001 | Attorneys For Plaintiff<br>JOHN SADOWSKI |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 30, 2013, at Los Angeles, California.

/s/*Barbara Fergerson*
Barbara Fergerson

**3**
**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**
LA/2227914v1